# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2009

139197

ALLAN HUGHES and SALLY HUGHES,
     Petitioners-Appellees,

v

ALMENA TOWNSHIP,
     Respondent-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139197
COA: 279085
Van Buren CC: 06-054739-AA

On order of the Court, the application for leave to appeal the May 26, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2009

_____
Clerk

s1217